UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 14  AM 11: 44

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Willie Myrick, aka "Coolie" | ) | Case No: 1:11CR00040-1 |
| | ) | USM No: 16909-021 |
| Date of Original Judgment: ___August 15, 2012___ | ) | Albert H. Dallas and James Pete Theodocion |
| Date of Previous Amended Judgment: _____ | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___August 15, 2012___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___10/14/2015___

_____
Judge's signature

J. Randal Hall
United States District Judge

Effective Date: ___November 1, 2015___
*(if different from order date)*

Printed name and title